WILLIAM A. CRAWFORD, Respondent, *v.* MUSCO M. ROBERTSON, Appellant, Impleaded with Another.

*Crawford* v. *Robertson*, 148 App. Div. 915, affirmed.
(Argued March 10, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 2, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action on contract.

*Hartwell Cabell* for appellant.

*George F. Elliott, Jay S. Jones* and *Henry M. Dater* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK and CARDOZO, JJ. Absent: WILLARD BARTLETT, Ch. J. Not sitting: MILLER, J.

---

FRANCESCO RAMMAURO, Respondent, *v.* ILLINOIS SURETY COMPANY, Appellant.

*Rammauro* v. *Illinois Surety Co.*, 152 App. Div. 934, affirmed.
(Argued March 9, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1912, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action upon a surety bond.

*Nelson L. Keach* for appellant.

*Achille J. Oishei* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.